**Roy Franklin ECHOLS, Jr.,
Plaintiff- Appellant,**

v.

**CSX TRANSPORTATION,
INCORPORATED, Defendant-Appellee.**

No. 17-6827

United States Court of Appeals,
Fourth Circuit.

Submitted: October 17, 2017

Decided: October 20, 2017

Roy Franklin Echols, Jr., Appellant Pro Se. Dustin Mitchell Paul, VANDEVENTER BLACK, LLP, Norfolk, Virginia, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Franklin Echols, Jr., appeals the district court's order dismissing, as time-barred, his action brought pursuant to the Federal Employers' Liability Act (FELA), 45 U.S.C. §§ 51 to 60 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Echols v. CSX Transp., Inc.,* No. 3:16-cv-00294-

REP-RCY, 2017 WL 2569734 (E.D. Va. June 13, 2017). We grant Echols' motion for leave to proceed in forma pauperis * but deny his motions for appointment of counsel and to compel production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Appellant's in forma pauperis status is conditioned on payment of the filing fee in installments under the Prison Litigation Reform Act, in accordance with the court's order of July 18, 2017.